UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOHAMMED BENKHYAT and SALAH BANASSOU, <br><br> Plaintiffs, <br><br> v. <br><br> RARE HOSPITALITY INTERNATIONAL, INC. <br><br> Defendant. | Civil Action No. 03-12458-JLT |

**STIPULATION TO EXTEND TIME TO ANSWER**
**OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiffs Mohammed Benkhyat and Salah Banassou and Defendant RARE Hospitality International, Inc., by and through their respective undersigned attorneys, stipulate and agree that the time within which the Defendant may answer or otherwise respond to the Complaint is extended until January 9, 2004.

| | |
|---|---|
| MOHAMMED BENKHYAT and SALAH BANASSOU, By their attorneys, | RARE HOSPITALITY INTERNATIONAL, INC., By its attorneys, |
| /s/Edwin W. Barrett, Esq._____ <br> Edwin W. Barrett, Esq. (BBO No. 643230) <br> RAINER, WALSH & O'CONNOR, LLP <br> 60 V.F.W. Parkway <br> Revere, MA 02151 <br> (781) 289-7900 <br> nbarrett@rainerlaw.com | /s/Brian H. Lamkin, Esq._____ <br> Brian H. Lamkin, Esq. (BBO No. 635688) <br> EDWARDS & ANGELL, LLP <br> 101 Federal Street <br> Boston, MA 02110 <br> (617) 439-4444 <br> blamkin@EdwardsAngell.com |