UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2003 DEC 16  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| MOHAMMED BENKHYAT and SALAH BANASSOU, <br><br> Plaintiffs, <br><br> v. <br><br> RARE HOSPITALITY INTERNATIONAL, INC. <br><br> Defendant. | Civil Action No. 03-12458-JLT |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court of the District of Massachusetts, defendant RARE Hospitality International, Inc. states that it has no parent corporation nor do any publicly held companies own 10% or more of its stock.

RARE HOSPITALITY
INTERNATIONAL, INC.,
By its attorneys,

/s/

Brian H. Lamkin (BBO# 635688)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444
(617) 439-4170 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 12/15/03

BOS_426760.1/BLAMKIN