UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOHAMMED BENKHYAT and SALAH BANASSOU, <br> Plaintiffs <br><br> v. <br><br> CAPITAL GRILLE HOLDINGS, INC., <br> Defendant | CIVIL ACTION NO. 03-12458-JLT |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P., RULE 41(a)(1) AS TO RARE HOSPITALITY, INC ONLY

Now come the above named Plaintiffs and hereby submit this Notice of Dismissal Without Prejudice Pursuant to Fed.R.Civ.P., Rule 41(a)(1) as to RARE Hospitality, Inc. only. As grounds therefore the Plaintiffs state:

1. On or about August 26, 2003, this case was removed from the Massachusetts Commission Against Discrimination and filed in Suffolk County Superior Court in the Commonwealth of Massachusetts.

2. On or about December 8, 2003, the then named Defendant, RARE Hospitality, Inc,. through counsel filed a notice of removal, removing the case to the Federal District Court for the District of Massachusetts.

3. Prior to filing an Answer, counsel for RARE Hospitality, Inc., informed counsel for the Plaintiffs that the correct name of the Defendant is Capital Grille Holdings, Inc.

4. On or about January 7, 2004, the plaintiffs, through counsel filed an Amended Complaint and Jury Claim, naming Capital Grille Holdings, Inc., as the Defendant.

5. On or about January 30, 2004, the defendant, Capital Grille Holdings, Inc., filed an Answer to the Amended Complaint and Jury Claim.

6. RARE Hospitality, Inc. has not filed an Answer and is not a named Defendant in the Amended Complaint and Jury Claim.

Wherefore, the Plaintiffs hereby submit this Notice of Dismissal Without Prejudice

Pursuant to Fed.R.Civ.P., Rule 41(a)(1) as to RARE Hospitality, Inc. <u>only</u>.

Respectfully submitted,
By Plaintiffs' counsel,

Edwin W. Barrett
BBO No. 643230
RAINER, WALSH & O'CONNOR, LLP
60 V.F.W. Parkway
Revere, MA 02151
(781) 289-7900