UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ | ) |
| MOHAMMED BENKHYAT and | ) |
| SALAH BANASSOU, | ) |
| | ) |
|   Plaintiffs, | ) |
| | )   Civil Action No. 03-12458-JLT |
| v. | ) |
| | ) |
| CAPITAL GRILLE HOLDINGS, INC. | ) |
| | ) |
|   Defendant. | ) |
| _____ | ) |

**DEFENDANT'S ASSENTED-TO MOTION
TO CONTINUE SCHEDULING CONFERENCE**

Defendant Capital Grille Holdings, Inc., with the assent of Plaintiffs Mohammed
Benkhyat and Salah Banassou, moves this Court to continue the Scheduling Conference from
May 4, 2004, to a date on or after May 10, 2004.  In support of its motion, Defendant states that
lead counsel for the Defendant in this matter is already scheduled to appear at a Case
Management Conference at 9:00 a.m. on May 4, 2004, in Framingham District Court, in the
matter of <u>Manganaro Northeast, LLC v. Copithorne</u>, Docket No. 03-CI-1070.  However,
Defendant's counsel's schedule is completely open for the week of May 10, 2004, and Plaintiffs'
counsel is available on May 10, 12, or 13.

WHEREFORE, Defendant respectfully requests that the Court continue the Scheduling
Conference to May 10, 12, or 13, 2004, or such other time as is convenient to the Court.

CAPITAL GRILLE HOLDINGS, INC.,                    Assented to by Plaintiffs:

By its attorneys,                                 By their attorneys,


/s/Brian H. Lamkin_____             /s/Edwin Barrett_____
Brian H. Lamkin (BBO# 635688)                     Edwin Barrett (BBO# 643230)
EDWARDS & ANGELL, LLP                             RAINER, WALSH & O'CONNOR, LLP
101 Federal Street                                60 V.F.W. Parkway
Boston, MA  02110                                 Revere, MA 02151
(617) 439-4444                                    (781) 289-7900
(617) 439-4170 (fax)                              (781) 485-0624 (fax)

BOS_440898.1/BLAMKIN