UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12458-JLT

|  |  |
|---|---|
| MOHAMMED BENKHYAT and<br>SALAH BANASSOU,<br>    Plaintiffs<br><br>v.<br><br>CAPITAL GRILLE HOLDINGS, INC.,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO L.R. 16.1(D)

In accordance with L.R. 16.1(D) and this Honorable Court's Order concerning the Scheduling Conference, counsel for the above named parties, after having conferred, submit this statement in connection with said conference which is currently scheduled for May 4, 2004.

### I. Agenda of Matters to be Discussed

1.   Proposed Discovery and Motion Schedule

### II. Proposed Discovery Plan

Counsel have conferred and have agreed to the following proposed deadlines:

1.   Fact Discovery Complete                                   September 10, 2004
     (Includes any and all
     Independent Medical Examinations)

2.   Plaintiff Expert Designations                             October 8, 2004

3.   Defendant Expert Designations                             October 29, 2004

4.   Expert Depositions Complete                               December 3, 2004

5.   All Dispositive Motions Filed                             December 23, 2004

### III.  Consent to Trial by Magistrate Judge

The parties do consent to trial by a Magistrate Judge.  The executed consent form is submitted herewith.

### IV. Certifications Pursuant to L.R. 16.1(D)(3)

Counsel for plaintiffs hereby affirms and certifies that plaintiffs' counsel and the plaintiffs have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative course for the litigation in the instant case and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.  Separate Certification signed by plaintiffs is attached hereto and incorporated by reference.

Counsel for defendant hereby affirms and certifies that defendant's counsel and the defendant have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative course for the litigation in the instant case and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.  Separate Certification signed by an authorized representative of the defendant is attached hereto and incorporated by reference.

| PLAINTIFFS, | CAPITAL GRILLE HOLDINGS, INC., |
| By their attorney, | By its attorney, |
| | |
| /s/Edwin Barrett | /s/Brian H. Lamkin |
| Edwin Barrett | Brian H. Lamkin |
| BBO No. 643230 | BBO No. 635688 |
| RAINER, WALSH & O'CONNOR, LLP | EDWARDS & ANGELL, LLP |
| 60 V.F.W. Parkway | 101 Federal Street |
| Revere, MA 02151 | Boston, MA  02110 |
| (781) 289-7900 | (617) 439-4444 |
| (781) 485-0624 (fax) | (617) 439-4170 (fax) |