UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12458-JLT

| | |
|---|---|
| MOHAMMED BENKHYAT and SALAH BANASSOU,<br>　　　Plaintiffs<br><br>v.<br><br>CAPITAL GRILLE HOLDINGS, INC.,<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)**

　　　Counsel for plaintiffs and plaintiffs hereby affirm and certify that plaintiffs' counsel and the plaintiffs have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative course for the litigation in the instant case and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff,                                                           Plaintiff,

_____                             _____
Mohammed Benkhyat                                    Salah Banassou

Counsel for plaintiffs,

_____
Edwin W. Barrett
BBO No. 643230
Rainer, Walsh & O'Connor, LLP
60 V.F.W. Parkway
Revere, MA 02151
(781) 289-7900