UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMED BENKHYAT and SALAH BANASSOU,<br><br>   Plaintiffs,<br><br>v.<br><br>CAPITAL GRILLE HOLDINGS, INC.<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12458-JLT<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1**

Defendant Capital Grille Holdings, Inc. and its attorneys, Edwards & Angell, LLP, hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

EDWARDS & ANGELL, LLP


/s/ Brian H. Lamkin_____
Brian H. Lamkin (BBO No. 635688)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444
(617) 439-4170 (fax)

CAPITAL GRILLE HOLDINGS, INC.


/s/ Joia M. Johnson_____
Joia M. Johnson
Executive Vice President and General Counsel

BOS_321222.1/BLAMKIN