# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MOHAMMED BENKHYAT and**
**SALAH BANASSON,**
       **Plaintiffs**
   v.                                   **CIVIL ACTION NO.**
                                          **03-12458-RBC**

**CAPITAL GRILLE HOLDINGS,**
**INC.,**
       **Defendant.**

## *NOTICE OF SCHEDULING CONFERENCE*

Please take notice that a **SCHEDULING CONFERENCE** in the above-styled case is scheduled for **Tuesday, May 18, 2004 at 3:30 P.M.** in Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                                            **ROBERT B. COLLINGS**
                                            **United States Magistrate Judge**

                                            *Kathleen M. Dolan*
                                            **Deputy Clerk**
                                            **(617) 748-9229**

April 29, 2004.

Notice Sent to:
Edwin W. Barrett, Esquire
Brian H. Lamkin, Esquire