# United States District Court
# District of Massachusetts

SALAH BANASSOU,
MOHAMMED BENKHYAT,
    Plaintiff,

v.                              CIVIL ACTION NO. 03-12458-RBC

CAPITAL GRILLE HOLDINGS, INC.,
    Defendant.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1) Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Friday, June 4, 2004;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

(2)  All other non-expert discovery shall be filed and/or served *on or before the close of business on Monday, August 23, 2004* and *COMPLETED on or before the close of business on Friday, October 1, 2004.*

(3)  The plaintiffs shall serve a full and complete expert report(s) *on or before the close of business on Friday, October 8, 2004;* the defendant shall serve a full and complete expert report[s] *on or before the close of business on Friday, October 29, 2004.*

(4)  *Counsel are directed to report for a further scheduling conference on Tuesday, October 19, 2004 at 12 Noon* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At said conference, the Court shall hear counsel as to (a) the status of discovery, (b) whether the case should be referred for mediation, (c) and if not, the dates for expert depositions, and (d) the basis for any contemplated dispositive motions.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 18, 2004.