UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOHAMMED BENKHYAT and <br> SALAH BANASSOU, <br><br>   Plaintiffs, <br><br> v. <br><br> CAPITAL GRILLE HOLDINGS, INC. <br><br>   Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-12458-RBC <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiffs Mohammed Benkhyat and Salah Banassou and Defendant Capital Grille Holdings, Inc. jointly move the Court for approval and entry of the parties' proposed Protective Order, submitted herewith. In support of their motion, Plaintiff and Defendant state that they may produce documents and information of a sensitive and confidential nature, and wish to set out the terms on which such documents and information will be produced and may be utilized. The parties submit that the Protective Order will help to ensure efficient and orderly discovery.

WHEREFORE, the parties respectfully request, pursuant to Fed. R. Civ. P. 26(c), that the Court approve the Protective Order and enter it as an Order of this Court.

| MOHAMMED BENKHYAT and <br> SALAH BANASSOU, <br> By their attorney, | CAPITAL GRILLE HOLDINGS, INC., <br><br> By its attorney, |
|---|---|
| /s/Edwin Barrett <br> Edwin Barrett <br> BBO No. 643230 <br> RAINER, WALSH & O'CONNOR, LLP <br> 60 V.F.W. Parkway <br> Revere, MA 02151 <br> (781) 289-7900 <br> (781) 485-0624 (fax) | /s/Brian H. Lamkin <br> Brian H. Lamkin <br> BBO No. 635688 <br> EDWARDS & ANGELL, LLP <br> 101 Federal Street <br> Boston, MA 02110 <br> (617) 439-4444 <br> (617) 439-4170 (fax) |