# United States District Court
# District of Massachusetts

SALAH BANASSOU,
MOHAMMED BEKHYAT,
    Plaintiffs,

v.                      CIVIL ACTION NO. 03-12458-RBC

CAPITAL GRILLE HOLDINGS, INC.,
    Defendant.

## ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

**COLLINGS, U.S.M.J.**

    After consideration of the various alternative dispute resolution programs (ADR) available and at the request of counsel, I find this case appropriate for ADR and accordingly, refer this case to the Court's ADR Program for the following ADR:

____EARLY NEUTRAL EVALUATION    __X__ MEDIATION
____MINI-TRIAL    ____SUMMARY JURY TRIAL
____SETTLEMENT CONFERENCE    ____SPECIAL MASTER
____PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

    Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be

advised of the conflict immediately.

    *IT IS REQUESTED THAT THE MEDIATION SESSION BE SCHEDULED DURING THE WEEK OF NOVEMBER 29, 2004.*

                                        */s/ Robert B. Collings*
                                        **ROBERT B. COLLINGS**
                                        **United States Magistrate Judge**

**Date: October 19, 2004.**

                                  CASE CATEGORY

| | | | |
|---|---|---|---|
| Antitrust | _____ | Bankruptcy | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | Social Security | _____ |
| Other | __X__ | (Employment Discrimination) | |