UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOHAMMED BENKHYAT and ) <br> SALAH BANASSOU, ) <br> ) <br>   Plaintiffs, ) <br> ) Civil Action No. 03-12458-RBC <br> v. ) <br> ) <br> CAPITAL GRILLE HOLDINGS, INC. ) <br> ) <br>   Defendant. ) <br> ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO PLAINTIFF MOHAMMED BENKHYAT ONLY**

     It is hereby stipulated and agreed by and between all parties to the above-captioned action, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1), that all claims and counterclaims that have been, could have been, or may be asserted in the above-captioned action, as between Plaintiff Mohammed Benkhyat and Defendant Capital Grille Holdings, Inc. only, are hereby dismissed, with prejudice, without costs, and waiving all rights of appeal.

| MOHAMMED BENKHYAT, | CAPITAL GRILLE HOLDINGS, INC., |
|---|---|
| By his attorney, | By its attorney, |
| /s/Edwin Barrett | /s/Brian H. Lamkin |
| Edwin Barrett (BBO No. 643230) | Brian H. Lamkin (BBO No. 635688) |
| RAINER, WALSH & O'CONNOR, LLP | EDWARDS & ANGELL, LLP |
| 60 V.F.W. Parkway | 101 Federal Street |
| Revere, MA 02151 | Boston, MA 02110 |
| (781) 289-7900 | (617) 439-4444 |
| (781) 485-0624 (fax) | (617) 439-4170 (fax) |

SALAH BANASSOU,
By his attorney,

/s/Edwin Barrett
Edwin Barrett (BBO No. 643230)
RAINER, WALSH & O'CONNOR, LLP
60 V.F.W. Parkway
Revere, MA 02151
(781) 289-7900
(781) 485-0624 (fax)