# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SALAH BANASSOU,
    Plaintiff,

V.

CIVIL ACTION NO:
03-12458-RBC

CAPITAL GRILLE
HOLDINGS, INC.,
    Defendant.

## *NOTICE OF TELEPHONE CONFERENCE*

Please take notice that a Telephone Conference in the above-entitled case has been scheduled for **Thursday, January 13, 2005 at 11: 30 A.M.** in Courtroom #14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

**ROBERT B. COLLINGS**
**United States Magistrate Judge**

*Kathleen M. Dolan*

**Deputy Clerk**
**(617) 748-9229**

January 3, 2005

Notice sent to:
Edwin W. Barrett, Esquire
Brian H. Lamkin, Esquire