UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOHAMMED BENKHYAT and SALAH BANASSOU,<br><br>　Plaintiffs,<br><br>v.<br><br>CAPITAL GRILLE HOLDINGS, INC.<br><br>　Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 03-12458-RBC<br>)<br>)<br>)<br>)<br>)<br>) |

## **DFEFENDANT'S ASSENTED-TO MOTION TO CONTINUE TRIAL**

Defendant Capital Grille Holdings, Inc., with the assent of Plaintiff Salah Banassou (Plaintiff Mohammed Benkhyat having been dismissed), moves this Court to continue the trial in this matter from the week of May 2, 2005, to the week of June 20, 2005, and to reset the dates for pretrial submissions accordingly. In support of its motion, Defendant states:

1.　The Court and the parties set the current trial schedule during a telephone conference on January 13, 2005.

2.　Defendant since has learned that its General Counsel, Joia Johnson, who will be attending the trial as Defendant's corporate representative, is unavailable the week of May 2 because of Defendant's quarterly meeting and other commitments. Ms. Johnson is based in Atlanta, and it would be extremely difficult for her to travel to Boston during that week.

3.　The undersigned counsel has conferred with counsel for Plaintiff about alternate dates. The week of June 20 is the earliest block of time during which Defendant's counsel, Defendant's corporate representative, and Plaintiff's counsel are all available.

- 2 -

4.	The currently scheduled trial date is three months away. Discovery is complete with the few exceptions discussed at the status conference. Rescheduling the trial to the week of June 20 will not prejudice any party to this case.

5.	Counsel for Plaintiff has indicated his assent to this motion.

WHEREFORE, Defendant respectfully requests that the Court continue the trial in this matter to the week of June 20, 2005, and reset the dates for pretrial submissions accordingly.

| | |
|---|---|
| ASSENTED TO BY:<br>Attorney for Plaintiff, | CAPITAL GRILLE HOLDINGS, INC.,<br>By its attorney, |
| /s/Edwin Barrett<br>Edwin Barrett<br>BBO No. 643230<br>RAINER, WALSH & O'CONNOR, LLP<br>60 V.F.W. Parkway<br>Revere, MA  02151<br>(781) 289-7900<br>(781) 485-0624 (fax) | /s/Brian H. Lamkin<br>Brian H. Lamkin<br>BBO No. 635688<br>EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, MA  02110<br>(617) 439-4444<br>(617) 439-4170 (fax) |