UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMED BENKHYAT and SALAH BANASSOU,<br><br>   Plaintiffs,<br><br>v.<br><br>CAPITAL GRILLE HOLDINGS, INC.<br><br>   Defendant. | Civil Action No. 03-12458-RBC |

**DFEFENDANT'S ASSENTED-TO MOTION TO AMEND CAPTION**

Defendant Capital Grille Holdings, Inc., with the assent of Plaintiff Salah Banassou (Plaintiff Mohammed Benkhyat having been dismissed), moves this Court for an order amending the caption of this case to delete the reference to former plaintiff Mohammed Benkhyat. In support of its motion, Defendant states:

1. This action originally was brought by two plaintiffs, Mohammed Benkhyat ("Benkhyat") and Salah Banassou ("Banassou").

2. Defendant has settled with Benkhyat, but not with Banassou. Pursuant to that settlement, the parties filed a Stipulation of Dismissal With Prejudice as to Plaintiff Mohammed Benkhyat Only, on December 29, 2004. The Court approved that stipulation on January 3, 2005. Thus, Benkhyat no longer is a party to this case.

3. Banassou's claims are scheduled for a jury trial beginning on July 25, 2005. Defendant contends that the jury should not know that there ever was another plaintiff in this case, what that plaintiff's claims were, or that Defendant settled with that plaintiff.

4.  It is possible that the jury may see certain pleadings in this case, and most likely will see documents not yet created that would require a case caption, such as a verdict sheet. In order to prevent the possible disclosure to the jury of Benkhyat's prior involvement in this case, and the resultant jury speculation as to why Benkhyat no longer is a party, Defendant requests that the caption of this case be amended to delete the reference to Benkhyat, and to read simply "Salah Banassou, Plaintiff v. Capital Grille Holdings, Inc., Defendant." Defendant also requests that, to the extent pre-existing pleadings or other captioned documents are presented to the jury, it be permitted to redact the caption (and, if necessary, the body of the document) to remove references to Benkhyat.

5.  Counsel for Plaintiff has indicated his assent to this motion.

WHEREFORE, Defendant respectfully requests that the Court issue an order amending the caption of this case to remove the reference to Benkhyat and permitting the redaction of references to Benkhyat from pre-existing court documents if submitted to the jury.

| ASSENTED TO BY:<br>Attorney for Plaintiff, | CAPITAL GRILLE HOLDINGS, INC.,<br>By its attorney, |
|---|---|
| /s/Edwin Barrett<br>Edwin Barrett<br>BBO No. 643230<br>RAINER, WALSH & O'CONNOR, LLP<br>60 V.F.W. Parkway<br>Revere, MA 02151<br>(781) 289-7900<br>(781) 485-0624 (fax) | /s/Brian H. Lamkin<br>Brian H. Lamkin<br>BBO No. 635688<br>EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 439-4444<br>(617) 439-4170 (fax) |