UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALAH BANASSOU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 03-12458-RBC |
| | ) |
| CAPITAL GRILLE HOLDINGS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT'S OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

Pursuant to Fed. R. Civ. P. 26(a)(3), and this Court's February 24, 2005, Amended Order

for Pre-Trial Conference and for Trial, Defendant Capital Grille Holdings, Inc. notes the

following objections to the trial exhibits that Plaintiff Salah Banassou designated in the parties'

Joint Pre-Trial Memorandum:

Exhibit 2:  Relevance; hearsay
Exhibit 3:  No objection as to schedules that pre-date Plaintiff's termination; as to
            schedules that post-date Plaintiff's termination, relevance
Exhibit 4:  Relevance; hearsay
Exhibit 9:  Authenticity; FRE 403
Exhibit 10: Authenticity; FRE 403

CAPITAL GRILLE HOLDINGS, INC.,
Defendant,

By its attorneys,

/s/ Brian H. Lamkin
Brian H. Lamkin (BBO No. 635688)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444
(617) 439-4170 (fax)

BOS_495311.1/BLAMKIN