UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOHAMMED BENKHYAT and SALAH BANASSOU,<br><br>    Plaintiffs,<br><br>v.<br><br>CAPITAL GRILLE HOLDINGS, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12458-RBC<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S PROPOSED DEPOSITION DESIGNATIONS

Defendant Capital Grille Holdings, Inc. ("Capital Grille") designates the following portions of the May 4, 2005 deposition of Toni Jones for submission at trial, but only in the event that Ms. Jones, who lives in Florida, does not testify in person:

　　4:9-8:22.
　　9:12-16:24.
　　17:9-22:3.
　　22:12-25:14.
　　26:3-27:8.
　　27:15-29:3.
　　29:6-35:17.
　　35:22-36:4.
　　36:15-37:19.
　　37:24-40:4.
　　40:15-44:24.
　　58:14-59:16.
　　70:17-21.
　　86:23-87:22.
　　89:16-20.
　　90:5-21.
　　91:17-93:6.

- 2 -

        CAPITAL GRILLE HOLDINGS, INC.,
        By Its Attorneys,


        <u>/s/ Brian H. Lamkin</u>
        Brian H. Lamkin (BBO No. 635688)
        Edwards & Angell, LLP
        101 Federal Street
        Boston, MA 02110
        (617) 439-4444
        (617) 439-4170 (FAX)

495840.1