UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
SALAH BANASSOU,                         )
                                        )
   Plaintiff,                           )
                                        )    Civil Action No. 03-12458-RBC
v.                                      )
                                        )
CAPITAL GRILLE HOLDINGS, INC.           )
                                        )
   Defendant.                           )
_____)

**DEFENDANT'S PROPOSED SPECIAL
INTERROGATORIES AND VERDICT FORM**

     Pursuant to Fed. R. Civ. P. 49, Defendant Capital Grille Holdings, Inc. ("Capital Grille")

hereby requests that the Court provide the following special interrogatories and jury verdict form

to the jury at the close of the trial.


                      CAPITAL GRILLE HOLDINGS, INC.
                      By its attorneys,


                      /s/ Brian H. Lamkin
                      Brian H. Lamkin (BBO No. 635688)
                      Mark B. Dubnoff (BBO No. 637212)
                      EDWARDS & ANGELL, LLP
                      101 Federal Street
                      Boston, MA  02110
                      (617) 439-4444
                      (617) 439-4170 (fax)

## SPECIAL INTERROGATORIES AND JURY VERDICT FORM

### Religious Discrimination

1.     Did the Plaintiff prove, by a preponderance of the evidence, that the Defendant terminated his employment because he is a Muslim, and would not have done so but for the fact that he is a Muslim?

_____          _____
YES                              NO

### Racial Discrimination

2.     Did the Plaintiff prove, by a preponderance of the evidence, that the Defendant terminated his employment because he is an Arab, and would not have done so but for the fact that he is an Arab?

_____          _____
YES                              NO

### National Origin Discrimination

3.     Did the Plaintiff prove, by a preponderance of the evidence, that the Defendant terminated his employment because he is Moroccan, and would not have done so but for the fact that he is Moroccan?

_____          _____
YES                              NO

**Retaliation**

4.      Did the Plaintiff prove, by a preponderance of the evidence, that he reasonably and in good faith believed that the Defendant was engaged in discrimination against him based on his religion, race, or national origin?

_____                          _____
YES                                                NO

**IF YOU ANSWERED "YES" TO QUESTION 4, GO ON TO QUESTION 5.  IF YOU ANSWERED "NO" TO QUESTION 4, SKIP TO QUESTION 7**

5.      Did the Plaintiff prove, by a preponderance of the evidence, that he acted reasonably in response to his belief that the Defendant was engaged in discrimination against him?

_____                          _____
YES                                                NO

**IF YOU ANSWERED "YES" TO QUESTION 5, GO ON TO QUESTION 6.  IF YOU ANSWERED "NO" TO QUESTION 5, SKIP TO QUESTION 7**

6.      Did the Plaintiff prove, by a preponderance of the evidence, that the Defendant terminated his employment because he complained to the Defendant about discrimination, and that the Defendant would not have terminated his employment but for his complaint?

_____                          _____
YES                                                NO

**<u>Damages</u>**

7.    If you answered "Yes" to Questions 1, 2, 3, and/or 6, please indicate the amount of damages, if any, that you award to the Plaintiff for emotional distress.

        Otherwise, please proceed to the bottom of this page and enter your verdict for the Defendant.

$ _____

8.    Please add $1,815 to the amount, if any, you entered above, and enter the total in the space marked "Amount" below.

**WE, THE JURY, ENTER THE FOLLOWING VERDICT:**

**For The Plaintiff**            **_____    $_____**
                                              **Amount**

**For The Defendant**            **_____**

**_____**
**JURY FOREPERSON**

- 3 -