UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————
)
SALAH BANASSOU,                              )
                                             )
   Plaintiffs,                              )
                                             )    Civil Action No. 03-12458-RBC
v.                                           )
                                             )
CAPITAL GRILLE HOLDINGS, INC.                )
                                             )
   Defendant.                               )
———————————————————————)

### DEFENDANT'S REQUESTED JURY VOIR DIRE

Defendant respectfully requests that the Court ask the following voir dire questions to the jury panel:

1.      Do you know the Plaintiff, Salah Banassou?

2.      Do you know Edwin W. Barrett, the attorney for the plaintiff?  Do you know anyone employed by the law firm of Rainer, Walsh & O'Connor?

3.      Do you know Brian H. Lamkin or Mark B. Dubnoff, the attorneys for the Defendant, Capital Grille Holdings, Inc.?  Do you know anyone employed by the law firm of Edwards & Angell, LLP?

4.      There will be witnesses who may testify in this case, and other individuals whose conduct may be referred to, which include:

      Salah Banassou
      Khalid Banassou
      William Stonestreet
      Christopher Scott
      Michael Salley
      Bill Grindle
      David Cox
      Larry Solitro
      Toni Jones

Derek Childs
Chris Guide
Brian Foye
Tom Gathers
Stephanie Gerken
Mark Goldsmith
John Martin

Do you know any of these individuals?

5.    Do any of you know any other member of the jury pool?  If so, how?

6.    The trial of this case is expected to last five or six business days, on a 9 am to 1 pm schedule. Is there any member of the jury panel who for any reason would not be able to sit as a juror on a trial of this length?

7.    Is there any member of the jury panel who would have difficulty hearing, seeing, or understanding the witnesses and the testimony that will be introduced during the trial or any other medical condition that would make you feel that you would not be able to sit as a juror on this case and give your full attention to it?

8.    Have you ever testified in court?  Would that experience have any impact on your ability to act as a fair and impartial juror in this case?

9.    Have you previously served on a jury of any kind?  If so, tell us where and when and the kind of case.  Did anything occur during the trial of that case that would tend to influence you for or against either party in this case?

10.    In this case, the defendant is a corporation and the plaintiff is an individual. Corporations and individuals are treated equally under the law, and you may not favor one party or another simply because that party is a corporation or an individual.  Does anyone feel he or she will not be able to treat the parties equally?

11.    Have you or a member of your immediate family ever worked for The Capital Grille restaurant on Newbury Street in Boston (unless I tell you otherwise, when I say "The Capital Grille," I am referring to the Boston restaurant)?

12.    Do you know or does any member of your immediate family know anyone who works or has worked at The Capital Grille in Boston?

13.    Have you or a member of your immediate family ever worked for any other Capital Grille restaurant?  For example, there are Capital Grille locations in Chestnut Hill, Providence, and other cities around the country.

14.    The Capital Grille is owned by a company called RARE Hospitality International, Inc., which also owns Longhorn Steakhouse, Bugaboo Creek, Hemenway's Seafood Restaurant in Providence, and the Old Grist Mill in Seekonk, Massachusetts.  Have you or a member of your immediate family ever worked for RARE Hospitality or any of the restaurants I mentioned?

15.    Have you ever eaten at The Capital Grille in Boston?  If so, when?  How was your experience?

16.    Have you ever eaten at any other Capital Grille restaurant?  If so, when?  How was your experience?

17.    Do you have any feelings, positive or negative, about The Capital Grille that would prevent you from being a fair and impartial juror in this case?

18.    Have you ever heard of the events which gave rise to this lawsuit at any time before today?

19.    This is a case in which the Plaintiff, Salah Banassou, is claiming that the Defendant, The Capital Grille, discriminated against him because of his race, national origin, and religion, and that the Defendant retaliated against him for complaining about alleged

discrimination.  Is there anything about the nature of this case, or about the parties involved, that would make you hesitate to sit on this jury?

20.　　Do you have any strong feelings for or against laws prohibiting employment discrimination?

21.　　If you sit as a juror in this case, you will be required to follow the law as I explain it to you, even if you disagree with the law, or believe the law is or should be other than what I have explained to you.  Do you believe that you will have any difficulty doing this?

22.　　What is the highest level of education you have attained?

23.　　Do you have any degrees in a restaurant or food service-related field?

24.　　Have you or a member of your immediate family ever worked in a restaurant?  If so, where and in what capacity?

25.　　Have you or a member of your immediate family worked for a company in its personnel or human resources department?  If so, where and in what capacity?

26.　　Have you or a member of your immediate family worked for a company in a managerial role?  If so, where and in what capacity?  Has anyone you supervised ever accused you of unlawful discrimination?

27.　　Have you or a member of your immediate family ever had to fire someone from a job?  If so, please explain.

28.　　Have you or a member of your immediate family ever owned a business?  If so, what was the business and when did you own it?

29.　　Have you or a member of your immediate family been employed in the legal profession, including but not limited to, as a lawyer, legal assistant, paralegal, legal secretary or been employed in any capacity by a lawyer, law firm, or in a corporate legal department?

BOS_497234.2/MDUBNOFF

30.     Have you or a member of your immediate family ever been employed by the Massachusetts Commission Against Discrimination or the Equal Employment Opportunity Commission?

31.     Do you believe that employers should be able to discharge employees who do not cooperate in investigating claims of unlawful discrimination?

32.     Do you believe that employers should have the right to discharge employees for legitimate business or performance reasons?

33.     In a dispute between an employee and an employer, would you tend to believe one side more than the other?

34.     Have you or a member of your immediate family ever sued or brought some other formal complaint against an employer?  If so, please explain.

35.     Have you or a member of your immediate family ever been the victim of what your or your immediate family member believed to be unlawful discrimination at work?

36.     Have you or a member of your immediate family ever been fired from a job?  If so, please explain.

37.     Have you or a member of your immediate family ever suffered what you believed to be emotional distress because of the actions of an employer?

38.     Do you know of any reason that I have not asked you about why you could not be a fair and impartial juror in this case?

CAPITAL GRILLE HOLDINGS, INC.
By its attorneys,


/s/ Brian H. Lamkin
Brian H. Lamkin (BBO No. 635688)
Mark B. Dubnoff (BBO No. 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444
(617) 439-4170 (fax)

BOS_497234.2/MDUBNOFF