# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SALAH BANASSOU,
    Plaintiff,

v.

CIVIL ACTION NO:
03-12458-RBC

CAPITAL GRILLE HOLDINGS, INC.,
    Defendant.

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    Prior to trial, counsel have advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Thursday, August 25, 2005.**

                                                  /s/ Robert B. Collings
                                                  ROBERT B. COLLINGS
                                                  United States Magistrate Judge

July 25, 2005

Notice to:
Edwin W. Barrett, Esquire
Brian H. Lamkin, Esquire

Case 1:03-cv-12458-RBC    Document 37    Filed 07/25/2005    Page 2 of 2