UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOHAMMED BENKHYAT and<br>SALAH BANASSOU,<br><br>    Plaintiffs,<br><br>v.<br><br>CAPITAL GRILLE HOLDINGS, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12458-RBC<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

All claims between Plaintiff Mohammed Benkhyat and Defendant Capital Grille Holdings, Inc. ("Capital Grille") having previously been dismissed with prejudice, it is hereby stipulated and agreed by and between Plaintiff Salah Banassou ("Banassou") and Capital Grille, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1), that all claims and counterclaims that have been, could have been, or may be asserted in the above-captioned action are hereby dismissed, with prejudice, without costs, and waiving all rights of appeal.

| | |
|---|---|
| SALAH BANASSOU, | CAPITAL GRILLE HOLDINGS, INC., |
| By his attorney, | By its attorney, |
| /s/ Edwin Barrett | /s/ Brian H. Lamkin |
| Edwin Barrett (BBO No. 643230)<br>RAINER, WALSH & O'CONNOR, LLP<br>60 V.F.W. Parkway<br>Revere, MA 02151<br>(781) 289-7900<br>(781) 485-0624 (fax) | Brian H. Lamkin (BBO No. 635688)<br>EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, MA  02110<br>(617) 439-4444<br>(617) 439-4170 (fax) |