# Rainer & O'Connor, LLP
## *Attorneys at Law*

### 60 Veterans of Foreign Wars Parkway
### Revere, Massachusetts 02151

Robert K. Rainer
Christopher S. O'Connor
Daniel C. Federico
Edwin W. Barrett, III
Ryan J. Matthews
Jeremy T. Theerman
Michael Antoniello, MD
Ronald H. Rainer (retired)

Telephone (781) 289-7900
Facsimile (781) 485-0624
Toll Free (800) 451-2220
www.rainerlaw.com

July 23, 2005

Ms. Noreen Russo
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

By Facsimile (617) 748-9231

    **RE:**   **Salah Banassou v. Capital Grille Holdings, Inc.**
            **CA No.: 03-12458-RBC**

Dear Ms. Russo:

    Please be advised that the parties to the above referenced matter have reached a settlement agreement. Please contact me at your earliest convenience Monday morning to advise whether or not counsel shall be required to appear above the Court.

    Thank you for your time and attention.

                        Very truly yours,

                        Edwin W. Barrett
                        nbarrett@rainerlaw.com

# RAINER & O'CONNOR, LLP
## 60 V.F.W. PARKWAY
## REVERE, MASSACHUSETTS 02151
## 781/289-7900
## FAX: 781/485-0624

TO: Ms. Russo

FAX NO.: 617-748-9231

FROM: Ned Barrett

DATE: 7/23/05

RE: Salah Banassou v. Capital Grille Holdings, Inc.
CA No.: 03-12458-RBC

---

Comments:

Case settled

The information contained in this facsimile is intended only for the personal and confidential use of the designated recipient(s) name above. If the reader of this message is not the intended recipient, or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone and return the original to me by mail.